## Commonwealth *v.* Copeland, Appellant.

Submitted December 7, 1970. *Alan M. Tepper,* and *Klovsky, Kuby and Harris,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Cromartie, Appellant.

Argued November 10, 1970. *Carl M. Moses,* with him *Rodgers, Marks, Irwin & Perfilio,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Samuel J. Orr, IV,* Assistant District Attorney, and *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Dennis, Appellant.

Submitted December 9, 1970. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.